UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

BANK OF NEW YORK MELLON CORP.
FOREX TRANSACTIONS LITIGATION

This Document Relates to: ALL CASES
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MASTER FILE
12 MD 2335 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/13

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

       The Court has scheduled a status conference with all parties to this Multidistrict Litigation, and its related civil action, for Tuesday, July 23, 2013, at 10:00 a.m., in Courtroom 21B of Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Manhattan, New York.

       SO ORDERED.

Dated:    May 17, 2013

                                          Lewis A. Kaplan
                                        United States District Judge