UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re:

BANK OF NEW YORK MELLON CORP.                              12 MD 2335 (LAK)
FOREIGN EXCHANGE TRANSACTIONS
LITIGATION

This Document Relates to:  11 Civ. 9175 (LAK)
------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/13
```

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The motions to dismiss the consolidated class action complaint by The Bank of New York Mellon Corporation [12 MD 2335 (Master Docket) DI 113], the officer and director defendants [Master Docket DI 115], and the underwriter defendants [Master Docket DI 108] are denied. To the extent the arguments made in these motions are not foreclosed by the Court's rulings in the *SEPTA* action and the action brought by the United States, the denial is without prejudice to renewal on motions for summary judgment.

The discovery stay under the Private Securities Litigation Reform Act is dissolved, in the alternative, substantially for the reasons set forth in Lead Plaintiff's Reply Memorandum in Further Support of its Motion to Lift the PSLRA Discovery Stay.

SO ORDERED.

Dated:     June 10, 2013

_____
Lewis A. Kaplan
United States District Judge