

November 14, 2013

**VIA HAND DELIVERY**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    RE:    *In re Bank of New York Mellon Corp. Foreign Exchange Transactions Litig.*,
            Case No. MD-12-2335-LAK (S.D.N.Y.)

Dear Judge Kaplan:

        Pursuant to Your Honor's direction at the hearing on Defendants' Motion for Emergency Relief (the "Motion") on Tuesday, November 12, 2013, we enclose copies of an agreed-upon (i) proposed Order and (ii) letter-template for the third party subpoena recipients at issue in the Motion. These documents were negotiated and jointly agreed upon by Plaintiffs' Executive Committee and Defendants.

        Thank you for your consideration of the enclosed. We are at the Court's disposal to answer any questions.

        Respectfully,

| /s *Elizabeth J. Cabraser* | /s *Joseph H. Meltzer* | /s *Steven B. Singer* |
|---|---|---|
| Elizabeth J. Cabraser | Joseph H. Meltzer | Steven B. Singer |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | KESSLER TOPAZ MELTZER & CHECK, LLP | BERNSTEIN LITOWITZ BERGER & GROSSMANN, LLP |

cc:    All counsel (via e-mail)

1139692.1