USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LOUISIANA MUNICIPAL POLICE
EMPLOYEES' RETIREMENT SYSTEM, et al.,

                      Plaintiffs,

v.

THE BANK OF NEW YORK MELLON
CORPORATION, et al.,

                      Defendants.

-----------------------------------------------------------X

ORDER

11 Civ. 9175 (LAK) (JLC)
12 MD 2335 (LAK) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      The Securities Plaintiffs in the above-captioned action have applied to the Court for leave to file their opposition to Defendants' renewed motion to compel under seal (Dkt. No. 198), pursuant to the Confidentiality Order entered on June 20, 2012 (MDL Dkt. No. 104). Securities Plaintiffs' application is GRANTED without prejudice to the Court unsealing the said opposition papers at a later date.

      **SO ORDERED.**

Dated: New York, New York
       March 3, 2014

                                                JAMES L. COTT
                                                United States Magistrate Judge

USDC SDNY
DATE SCANNED 3/3/14