**MANDATE**

N.Y.S.D. Case #
12-md-2335(LAK)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of May, two thousand and fourteen,

_____

Marilyn Clark, Derivatively on behalf of The Bank of New York Mellon Corporation, Iron Workers Mid-South Pension Fund, Derivatively on behalf of The Bank of New York Mellon Corporation,

            Plaintiff - Appellants,

State of Oregon By and Through the Oregon State Treasurer on Behalf of the Common School Fund and, Together with the Oregon Public Employee Retirement Board, on Behalf of the Oregon Public Employee Re, Louisiana Municipal Police Employees' Retirement System, Individually and on behalf of all others similarly situated, Isabel F. Sansano, individually and on behalf of all others similarly situated, Joanne Terrazas, Diane Borgna, Individually and on Behalf of All Others Similarly Situated, Southeastern Pennsylvania Transportation Authority, Individually and on Behalf of all others Similarly Situated, International Union of Operating Engineers, Stationary Engineers Local 39 Pension Trust Fund, individually and on behalf of all others similarly situated, Los Angeles County Employees Retirement Association, Stanislaus County Employees Retirement Association, San Diego County Employees Retirement Association, Los Angeles Department of Water and Power Retirement Plan, Bank of New York Mellon Corporation False Claims Act Foreign Exchange Litigation, Ex rel. FX Analytics, Los Angles County Employees Retirement Agency, Stanislaus County Employees Retirement Agency, Ohio Police & Fire Pension Fund, School Employees Retirement System of Ohio, F/X Analytics, Carl Carver, and all others similarly situated, Deborah Jean Kenny, and all others

ORDER
Docket No. 13-3064

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 20, 2014

**MANDATE ISSUED ON 05/20/2014**

similarly situated, Edward C. Day, and all others similarly situated, MDL Plaintiffs Executive Committee,

       Plaintiffs,

v.

Gerald L. Hassell, Arthur Certosimo, James P. Palermo, Wesley W. Von Schack, Richard J. Kogan, William C. Richardson, Thomas P. Gibbons, Samuel C. Scott, III, Michael J. Kowalski, John A. Luke, Jr., Mark A. Nordenberg, Nicholas M. Donofrio, Ruth E. Bruch, Edmund F. Kelly, John P. Surma, Robert P. Kelly, Richard Mahoney, Catherine A. Rein, Bank of New York Mellon Coroporation, Thomas Gibbons, Jorge Rodriquez, Bank of New York Mellon Corporation, Does, 1 through 100 inclusive, Does, 1-20, Catherine A. Rein, Bank of New York Mellon Corporation, a Delaware Corporation,

       Defendants - Appellees,

Bruce W. Van Saun, Michael K. Hughey, John A. Park, Steven G. Elliott, Robert Mehrabian, Benefits Administration Committee, Robert Perego, Lisa B. Peters, Benefits Investment Committee, Leo P. Grohowski, Appointing and Monitoring Committee, Jane C. Sherburne, Carl Krasik, James Vallone, Jack Lane, Mark Musi, Sheena Wilson, Kurt Woetzel, Jeff Landau, Richard Hoey, Robert Jaeger, Brian Rogan, J. Robert Hitchings, Scott Freidenrich, Jesse Pasco, Mark Kuzma, Robert Skena, Fiduciary Counselors, Inc., Mellon Bank N.A., Bank of New York Mellon, Bank of New York Company, Inc., Bank of New York, Bank of New York Mellon Trust Company National Association, Bank of New York Mellon Trust Company, N.A., BNY Mellon, National Association, Barclays Capital Inc., BNY Mellon Capital Markets, LLC, CitiGroup Global Market, Inc., Goldman, Sachs & Co, Merrill Lynch Pierce Fenner & Smith Incorporated, Morgan Stanley & Co. Incorporated, UBS Securities LLC,

       Defendants.

_____

      The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

      The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature and seal]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*[signature and seal]*