USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/14

RECEIVED
JUL 01 2014
JUDGE KAPLAN'S CHAMBERS

Kaplan, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> BANK OF NEW YORK MELLON CORP. FOREX TRANSACTIONS LITIGATION <br><br> This Document Relates to: <br><br> *Los Angeles County Employee Retirement Association, ex rel. FX Analytics v. The Bank of New York Mellon Corp.* <br><br> *In re Bank of New York Mellon Corp. False Claims Act Foreign Exchange Litigation* | 12 MD 2335 (LAK) <br><br> ECF Case <br><br><br><br> 12 Civ. 8990 (LAK) <br><br><br><br> 12 Civ. 3064 (LAK) |

**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR BRIEFING ON PLAINTIFFS' MOTIONS TO FILE AMENDED COMPLAINTS**

WHEREAS on May 1, 2014, this Court granted in part and denied in part Defendants' motions to dismiss complaints brought by Plaintiffs Los Angeles County Employees Retirement Association, Los Angeles Department of Water & Power Retirement Plan, and Relator FX Analytics;

WHEREAS this Court allowed Plaintiffs to seek leave to file amended complaints by June 16, 2014 (Dkt. No. 395), and the parties subsequently filed stipulations extending Plaintiffs' time to seek leave until June 20, 2014 (Dkt. Nos. 414 & 415);

WHEREAS Defendants have not previously sought an extension of the time to respond to Plaintiffs' present motions for leave to file amended complaints, and Plaintiffs have not previously sought an extension of the time to reply to any opposition that Defendants may file;

NOW THEREFORE, the parties hereby stipulate, through their attorneys of record, that Defendants shall oppose (or otherwise respond to) Plaintiffs' motions for leave to file amended

complaints no later than July 14, 2014; and Plaintiffs shall file any replies in support of those motions by July 28, 2014.

IT IS SO STIPULATED AND AGREED.

Dated: June 30, 2014

Respectfully submitted,

THE BANK OF NEW YORK MELLON CORPORATION

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.

By: _____
Reid M. Figel (RF-8663)
David L. Schwarz (*pro hac vice*)
Rebecca A. Beynon (*pro hac vice*)
Joshua D. Branson (*pro hac vice*)
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
rfigel@khhte.com
dschwarz@khhte.com
rbeynon@khhte.com
jbranson@khhte.com

*Counsel for Defendants*

LOS ANGELES DEPARTMENT OF WATER AND POWER RETIREMENT PLAN

LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION

By: _____
Steven N. Williams
Adam J. Zapala
Eric J. Buescher

2

Gene W. Kim
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-6340

Carmen A. Trutanich (86629)
Alan L. Manning (77285)
Marie McTeague (136841)
OFFICE OF THE LOS ANGELES CITY ATTORNEY
360 E. Second Street, Room 400
Los Angeles CA 90012
Telephone: 213-978-4400
Facsimile: 213-978-4484

*Counsel for Plaintiffs Los Angeles Department of Water and Power Retirement Plan & Los Angeles County Employees Retirement Association*

RELATOR FX ANALYTICS

By: _____

Michael P. Thornton
Michael A. Lesser
THORNTON & NAUMES LLP
100 Summer Street, 30th Floor
Boston MA 02110
Telephone: 617-720-1333
Facsimile: 617-720-2445

*Attorneys for Relator FX Analytics*

SO ORDERED:

_____   Dated: JUL 03 2014
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE