**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

Daniel P. Chiplock
Partner
dchiplock@lchb.com

September 12, 2014

**VIA ECF AND HAND DELIVERY**

The Honorable Lewis A. Kaplan
500 Pearl Street
New York, NY 10007-1312

      RE:    <u>In re Bank of New York Mellon Corp. Forex Litig.</u>, No. 12 MD 2335 (LAK)

Dear Judge Kaplan:

    Customer Class Plaintiffs are in receipt of the letter filed last evening, after the close of business, by The Bank of New York Mellon seeking, *inter alia*, to strike Plaintiffs' letter to the Court of September 9, 2014 (and its attachments) [Dkt. No. 462] from the record. Plaintiffs will respond to that letter no later than Monday, September 15. In the meantime, the documents underlying this dispute remain under seal.

                          Respectfully submitted,

                          Daniel P. Chiplock

                       LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                       *Interim Co-Lead Counsel for the Customer Classes*

cc:    Sharan Nirmul, Esq.
       KESSLER TOPAZ MELTZER & CHECK, LLP
       *Interim Co-Lead Counsel for the Customer Classes*
       (via ECF and Federal Express)

       All other Counsel of Record (via ECF)

1195495.1