UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BANK OF NEW YORK MELLON CORP.
FOREX TRANSACTIONS LITIGATION,

This Document Relates to:

Fletcher v. The Bank of New York Mellon

12 MD 2335 (LAK)

ECF Case

14 Civ. 5496 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/14

**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS IN PART THE AMENDED CLASS ACTION COMPLAINT**

WHEREAS on October 20, 2014, Defendants the Bank of New York Mellon et al., filed their Motion and Memorandum in Support of Motion to Dismiss in Part the Amended Class Action Complaint ("Motion to Dismiss") (Fletcher Dkt Nos. 50 and 51); and

WHEREAS Plaintiff's response to the Motion to Dismiss is currently due on Thursday, November 6, 2014 under Local Civil Rule 6.1(b)(2) and the three day rule;

NOW THEREFORE, the Parties hereby stipulate, through their attorneys of record, as follows:

1. On or before Thursday, November 20, 2014, Plaintiff will file his response to Defendants' Motion to Dismiss.

Respectfully submitted,

KELLER ROHRBACK L.L.P.
MCTIGUE LAW LLP
BEINS, AXELROD, P.C.

DATED:   New York, New York
         November 3, 2014

1

By: *Margaret E. Wetherald* (pro hac vice)
David S. Preminger (DP 1057)
KELLER ROHRBACK L.L.P.
1140 Avenue of the Americas, Ninth Floor
New York, NY 10036
Telephone: (646) 380-6690
Facsimile: (646) 380-6692
dpreminger@kellerrohrback.com

Lynn Lincoln Sarko *admitted pro hac vice*
Derek W. Loeser *admitted pro hac vice*
T. David Copley *admitted pro hac vice*
Margaret E. Wetherald *admitted pro hac vice*
KELLER ROHRBACK L.L.P.
1201 3rd Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
Facsimile: 206-623-8986
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
dcopley@kellerrohrback.com
mwetherald@kellerrohrback.com

J. Brian McTigue *pro hac vice* mtn to be filed
James A. Moore *admitted pro hac vice*
MCTIGUE LAW LLP
4530 Wisconsin Ave, NW, Suite 300
Washington, DC 20016
Telephone (202) 364-6900
Facsimile: (202) 364-9960
bmctigue@mctiguelaw.com
jmoore@mctiguelaw.com

Jonathan G. Axelrod
(New York Bar Number: 2012029)
Regina M. Markey *pro hac vice* mtn filed
BEINS, AXELROD, P.C.
1625 Mass. Ave. NW
Washington, DC 20036
Telephone: (202) 328-7222
jaxelrod@beinsaxelrod.com
rmarkey@beinsaxelrod.com

***Attorneys for Plaintiff***

2

Dated: November 3, 2014.

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

By: *Gregory G. Rapawy* (by M. Wathwald per e-mail authorization)
Reid M. Figel (RF-8665)
Derek Ho (DH-0104)
Gregory G. Rapawy, *admitted pro hac vice*
Jessica C. Collins, *admitted pro hac vice*
1615 M Street, NW, Suite 400
Washington DC 20036
Telephone: 202-326-7900
Facsimile: 202-326-7999
Email:
    rfigel@khhte.com
    dho@khhte.com
    grapawy@khhte.com
    jcollins@khhte.com

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated this ___ day of November, 2014.

_____
Hon. Lewis A. Kaplan, United States District Judge

3