

# DOCKET

September 21, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/15
```

Goldman Sachs
30 Hudson Street,
Jersey City, NJ  07302

Re:  Bank of New York Mellon Corp. // To: KCM Capital LLC

Case No.  12MD2335LAK

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of KCM Capital, LLC.

CT was unable to forward.

Very truly yours,


The Corporation Trust Company

Log# 527843228

Sent By Regular Mail

cc:  Southern District of New York United States District Court
     500 Pearl Street,
     New York, NY  10007-1312



(Returned To)

Goldman Sachs
30 Hudson Street,
Jersey City, NJ  07302