

# UNIVERSIDAD CENTROAMERICANA "JOSE SIMEON CAÑAS"
## VICERRECTORIA FINANCIERA
Apartado postal (01) 168, San Salvador, Tel. 2210-6600 - ext. 212 y 213 - Fax 2210-6642

12 MD 2335 & 11cv 9175

**FOR EXCLUSION OF THE SETTLEMENT CLASS**  **DOCKET**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/15

November 3, 2015

In re Bank of New York Mellon Corp. Securities Action

United States District Court
Southern District of New York
Clerk of the Court
United States Courthouse
500 Pearl Street
New York, NY 10007



RECEIVED
NOV 17 2015
JUDGE KAPLAN'S CHAMBERS

Dear sir or Madam,

We write to inform you that we have received too late, the correspondence related to Civil Action No. Master File 12 MD 2335 (LAK), 11-CV-09175, to respond before September 29, 2015.Therefore, we ask that our exclusion request is accepted extemporaneously by the court, as indicated in paragraph number 71, section of the document which explains how to be excluded of the settlement class.

Universidad Centroamericana José SimeónCañas requests exclusion from the Settlement Class In re Bank of New York Mellon Corp. Securities Action. To introduce this request we Annex duly completed proof of claim and release form.

We request you to notify us that you have received this letter and respond to our request of exclusion by telephone (503) 2210-6643, Fax (503) 2210-6642 , or e-mail: rectoria@uca.edu.sv.

Sincerely yours,

Andreu Oliva de La Esperanza
President
Universidad Centroamericana José Simeón Cañas





X-RAY CHECKED

El Salvador

**EXPRESS WORLDWIDE** **DOX** **DHL**

WSI 3.15.00 / '90-1411*

From : Universidad Centroamericana Jose Si
Dina Morales
Entre Boulevard Los Proceres y
Colonia Jardines de Guadalupe
SAN SALVADOR SAN SALVADOR
El Salvador

Origin:
**SAL**

Contact: Ph : 50322106600

To : In re Bank of New York Mellon Corp.
In re Bank of New York Mellon Corp.
United States District Court
Southern District of New York Clerk
the court United States Courthouse
**10007 NEW YORK  NY**
United States Of America

Contact:
Ph :00000000

**EXPRESS WORLDWIDE** **DOX** **DHL**

From : ...AMERICANA JOSE SI
**ENTRE BOULEVARD LOS PROCERES Y**
**COLONIA JARDINES DE GUADALUPE EL SALVADOR**
**SAN SALVADOR**
**El Salvador**

Origin:
**SAL**

To : **IN RE BANK OF NEW YORK MELLON CORP.**
**500 PEARL STREET**
**SOUTHERN DISTRICT OF NEW YORK CLERK NY NY**
**10007 NEW YORK**
**United States**

Contact:
IN RE BANK OF NEW YORK MELLON CORP
00000000

## US – ZYP – ZY4

Day        Time

Account No. 741000296
DOCUMENTOS

Date:
2016–11–04

Pce/Shpt Weight
**0.5 KG**

Piece
**1/1**

REMOVE TO EXPOSE ADHESIVE

DHL EXPRESS

PLACE COMPLETED WAYBILL