USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 15 2015

RECEIVED DEC 15 2015 JUDGE KAPLAN'S CHAMBERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BANK OF NEW YORK MELLON CORP.<br>FOREX TRANSACTIONS LITIGATION<br><br>This Document Relates to:<br><br>*Bank of New York Mellon Corp. False Claims Act Foreign Exchange Litig.* ex rel. *FX Analytics v. Bank of New York Mellon Corp.* | 12 MD 2335 (LAK)<br><br>ECF Case<br><br><br><br>12 Civ. 3064 (LAK) |

### JOINT STIPULATION AND DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Plaintiff Los Angeles Department of Water & Power Retirement, Disability and Death Plan, together with the Defendant The Bank of New York Mellon Trust Company, N.A. (collectively, the "Parties"), hereby stipulate and agree that all claims and defenses asserted in the above-captioned actions are dismissed with prejudice, with each party bearing its own attorney's fees, costs, and expenses relating thereto. For the avoidance of doubt, nothing in this stipulation affects this Court's jurisdiction and authority to continue to enforce the Confidentiality Order (MDL Dkt. No. 104) in place in these litigations, which shall remain in full effect and remain binding on the Parties.



IT IS SO STIPULATED AND AGREED.

Dated: December 15, 2015

Respectfully submitted,

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.

By: _____
Reid M. Figel (RF-8663)
David L. Schwarz (*pro hac vice*)
Joshua D. Branson (*pro hac vice*)
**KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.**
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
rfigel@khhte.com
dschwarz@khhte.com
jbranson@khhte.com

*Counsel for Defendant*

LOS ANGELES DEPARTMENT OF WATER & POWER RETIREMENT, DISABILITY AND DEATH PLAN

By: _____
Steven N. Williams
Adam J. Zapala
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-6340

*Counsel for Plaintiff Los Angeles Department of Water & Power Retirement, Disability and Death Plan*

11

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

12/15/15